**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| George Cheek,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Solstice Counseling & Wellness Center,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: Case No.: 1:19-cv-16375-NLH-JS<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

　　NOTICE IS HEREBY GIVEN that Plaintiff George Cheek, ("Plaintiff") and Defendant Solstice Counseling & Wellness Center, ("Defendant") in the above-captioned case have reached a settlement in principle. To allow the Parties time to finalize the terms of their written settlement agreement and to prepare and file a Joint Motion for Settlement Approval as required for settlements under the Fair Labor Standards Act, Plaintiff respectfully requests that the court hold this case open sixty (60) days, until December 11, 2019.

Dated: October 11, 2019

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Spencer H. Kuhner*

　　　　　　　　　　　　　　　　　　　　　　Spencer H. Kuhner Esq.
　　　　　　　　　　　　　　　　　　　　　　Lemberg Law, L.L.C.
　　　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By */s/ Spencer H. Kuhner*_____
                                                  Spencer H. Kuhner, Esq.